IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO.  3:15-cr-453-M |
| TAMERIA JANELL SMITH | |

# **MOTION FOR DETENTION**

The United States moves for detention of defendant, **Tameria Janell Smith**, pursuant to Crim. Rule 32.1(a)(6) and 18 U.S.C. §3143(a).

1. Eligibility of Case.   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

    \_\_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_\_ 10 + year drug offense

    \_\_\_\_\_ Felony, with two prior convictions in above categories

    \_\_\_\_\_ Serious risk defendant will flee

    \_\_\_\_\_ Serious risk obstruction of justice

    \_\_\_\_\_ Felony involving a minor victim

    \_\_\_\_\_ Felony involving a firearm, destructive device, or any other

       dangerous weapon

    \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

    \_\_\_\_\_ Petition for Supervised Release Revocation was filed

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

     **X** Defendant's appearance as required

     **X** Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

     \_\_\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

     \_\_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

     \_\_\_\_ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

     \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

     \_\_\_\_ Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

     \_\_\_\_ At first appearance

     **X** After continuance of **3** days (not more than 3).

**Motion for Detention - Page 2**

DATED this  24th   day of   JUNE      , 2016.

                                                    Respectfully Submitted:

                                                    JOHN R. PARKER
                                                    UNITED STATES ATTORNEY

                                                    /s/*Lori L. Walker*
                                                    LORI L. WALKER
                                                    Assistant United States Attorney
                                                    Bar No. 24013673
                                                    1100 Commerce Street, Third Floor
                                                    Dallas, TX  75242-1699
                                                    Telephone:  214-659-8600
                                                    Email: lori.walker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this 24th  day of June, 2016.

                                                     /s/*Lori L. Walker*
                                                    LORI L. WALKER
                                                    Assistant United States Attorney